ACCEPTED
06-14-00172-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/6/2015 3:42:36 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00172-CR

| | | |
|---|---|---|
| **GERALD MAC LOWREY** | § | **IN THE** |
| | § | |
| **VS.** | § | **SIXTH COURT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/6/2015 3:42:36 PM

DEBBIE AUTREY
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Gerald Mac Lowrey, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Sixth Judicial District Court of Lamar County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Gerald Mac Lowrey</u>, and numbered 25492.

3. Appellant was convicted of Theft of material, aluminum or copper or bronze or brass, less than $20,000.00.

4. Appellant was assessed a sentence of two (2) years State Jail Division, TDCJ, probated for five (5) years on August 6, 2014.

5. Notice of appeal was given on August 12, 2014.

6. The clerk's record was filed on November 13, 2014; the reporter's record was filed on December 9, 2014.

7. The appellate brief is presently due on February 9, 2015.

8. Appellant requests an extension of time of 10 days from February 9, 2015.

9. One prior extension to file the brief has been received in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has had hearings in the following cases on the dates indicated:

Hearing on Motion for New Trial in a case styled IMM of Dineeka Adkism and Haral Easter in the Lamar County Court at Law

1/9/2015

Continuing Legal Education seminar "Nuts and Bolts / Writs, and Training Your Defense Team to Win: in Austin Texas Two day seminar, and two days travel to and from seminar

1/14/2015- 1/17/2015

Child Protective Services Docket, and Pretrial hearing in the Lamar County Court at Law

1/20/2015

Probate Hearing, Estate of Doyle Wilson Hall

1/21/2015

Divorce hearing in case styled IMM Troy Jones and Cheryl Jones in the Lamar County Court at Law

1/22/2015

In the Interest of Hamby Children, in the Lamar County Court at Law

1/23/2015

In the Interest of M.W. and A. W. Children; Jury Trial in the Lamar County Court at Law.

1/30/2015 and 2//22015

Ed Darnell v. Ralph Davis Forcible Entry and Detainer appeal, in the Lamar Countuy Court at Law

2/5/2015

The brief is near completion, however there is another issue that appellant's attorney has discovered on a final review of the record that he needs to research.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096
(903) 785-0097

By: _____
Gary L. Waite
State Bar No. 20667500
garywaite@sbcglobal.net
Attorney for Gerald Mac Lowrey

## CERTIFICATE OF SERVICE

This is to certify that on February 6, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

_____
Gary L. Waite

STATE OF TEXAS                              §
                                            §
                                            §
COUNTY OF LAMAR                             §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Gary L. Waite, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."



_____
Gary L. Waite
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on  2- 6 _____, 2015,

to certify which witness my hand and seal of office.

JILL HART
MY COMMISSION EXPIRES
March 30, 2018

_____
Notary Public, State of Texas